United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Juan Candelaria, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-23755-Civ-Scola |
| | ) |
| St. Juda Medical Equipment Corp and others, Defendants. | ) |

### Order Dismissing Case and Unsealing Case

On September 17, 2020, the Court struck Plaintiff Juan Candelaria's pro se complaint because it did not properly allege the Court's subject-matter jurisdiction. (Order, ECF No. 4.) Further, the Court noted Candelaria had not submitted either the required filing fee or an application to proceed *in forma pauperis*. (*Id.* at 1.) Finally, the Court concluded Candelaria could not proceed with his *qui tam* claims on a pro se basis and, therefore, the case should not be sealed. (*Id.* at 2.) The Court warned Candelaria that, unless he filed an amended complaint, establishing jurisdiction, and either submitted the filing fee or a motion to proceed *in forma pauperis*, on or before October 8, 2020, the Court would dismiss his case with prejudice. (*Id.*) The Court also warned Candelaria, that if he failed to establish a basis for keeping the case sealed, also by October 8, 2020, the Court would unseal it, rendering it available for public viewing. (*Id.*) Candelaria has not complied with any of the Court's directives and the time to do so has long since passed.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons its prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link*, 370 U.S. 630–31.

The Court finds Candelaria has abandoned his prosecution of this matter. The Court, thus, **dismisses** this case, **without prejudice**, and directs the Clerk of the Court to **close** the matter. Any pending motions are **denied as moot**. The Clerk is also directed to **unseal** this case and all its docket entries so that it may be publicly viewed, in its entirety.

Lastly, the Clerk is directed to **mail** a copy of this order to the Plaintiff

at the address indicated on the docket.

**Done and ordered** at Miami, Florida, on October 19, 2020.

_____
Robert N. Scola, Jr.
United States District Judge